FILED
CLERK U.S. DISTRICT COURT

FEB 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Edon Moyal,<br>DEFENDANT(S). | CASE NUMBER<br>CR 13-48/13-62<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __February 15, 2013__, ___, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 312 N. Spring St. LA, CA 90012__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/13/13__         _____
U.S. District Judge/Magistrate Judge